LEON R. KOZIOL, Appellant, v KELLY HAWSE KOZIOL, Respondent.

Decided September 8, 2009

Reported below, 60 AD3d 1433 (Appeal No. 1).

Appeal from order of the Appellate Division dismissing the appeal from an order of Supreme Court, among other things, denying appellant's motion for custody and suspension of his support obligations pending determination of the action, dismissed upon the ground that such order does not finally determine the action within the meaning of the Constitution.